Mark D. Murphy, KS #13129, pro hac vice
mmurphy@mlf-llc.com
MLF, LLC
7113 West 135th Street, Suite 312
Overland Park, Kansas 66223
913-647-8090/Fax 913-667-2435

Carol A. Jasinski, CA # 159775
cj@jlawoffice.com
654 Sacramento St., 3rd Floor
San Francisco, California 94111
415-644-4818



Attorneys for Plaintiff United Consumer Financial Services, Inc.,
 a/k/a United First Financial Service, Inc., d/b/a EZPaydayCash and d/b/a Centralpayday

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **UNITED CONSUMER FINANCIAL SERVICES, INC., a/k/a UNITED FIRST FINANCIAL SERVICE, INC., d/b/a EZPAYDAYCASH and d/b/a CENTRALPAYDAY**<br><br>Plaintiff,<br><br>vs.<br><br>**ADVANTAGE PAYMENT SYSTEMS, LLC,**<br>**d/b/a ADVANTAGE ACH**,<br><br>Defendant. | Case No. 3:14-cv-02802-MEJ<br><br>Honorable Maria-Elena James<br><br>Courtroom B<br><br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

**COMES NOW** plaintiff United Consumer Financial Services, Inc., a/k/a United First Financial Service, Inc., d/b/a EZPaydayCash and d/b/a Centralpayday, and pursuant to Fed.R.Civ.P. 41(a)(i) hereby dismisses this action without prejudice.

1

By: /s/ Mark D. Murphy
   Mark D. Murphy, KS #13129
   MLF, LLC
   7113 W. 135th, Suite 312
   Overland Park, Kansas  66223
   mmurphy@mlf-llc.com
   913-647-8090 Tel
   913-667-2435 Fax

   Carol A. Jasinski, CA # 159775
   654 Sacramento Street, 3rd Floor
   San Francisco, California  94111
   cj@jlawoffice.com
   Telephone: 415-644-4818

**ATTORNEYS FOR PLAINTIFF UNITED CONSUMER FINANCIAL SERVICES, INC., a/k/a UNITED FIRST FINANCIAL SERVICE, INC., d/b/a EZPAYDAYCASH and d/b/a CENTRALPAYDAY**

## CERTIFICATE OF SERVICE

    I hereby certify that on the 12th day of September 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Grant C. Keary, Esq.
gck@dlklaw.com
Dunn, Lee & Keary
26000 Towne Centre Drive, Suite 200
Foothill Ranch, California 92610

Attorneys for Defendant Advantage Payment Systems, LLC, d/b/a Advantage ACH


   /s/ Mark D. Murphy
Attorney for Plaintiff United Consumer Financial Services, Inc., a/k/a United First Financial Service, Inc., d/b/a EZPaydayCash and d/b/a Centralpayday

2